FILED
DEC 0 2 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR4570-GT |
| Plaintiff, | |
| vs. | **ORDER CONTINUING SENTENCING HEARING** |
| FELIPE CARIAS, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT THE SENTENCING HEARING IN THE INSTANT CASE BE CONTINUED FROM JANUARY 31, 2012, TO FEBRUARY 27, 2012, AT 9:30 a.m.

IT IS SO ORDERED.

Dated: 12-2-11

HON. GORDON THOMPSON, JR.
DISTRICT COURT JUDGE